IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SUSAN YOST,<br>17 Baywood Lane<br>Portsmouth, VA 23701<br><br>CAROLYN HOLUB,<br>13402 E. Hardy<br>Houston, TX 77039<br><br>　　　　Plaintiffs,<br><br>　　　　v.<br><br>WYETH,<br>5 Giralda Farms<br>Madison, NJ 07947<br><br>　　　　Defendant. | **NOTICE OF REMOVAL**<br><br>Civil Action No. |

**CERTIFICATE REQUIRED BY LCvR 26.1 OF THE LOCAL RULES OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**

I, the undersigned counsel of record for Wyeth[1] hereby certify that to the best of my knowledge and belief the following are parent companies, subsidiaries or affiliates of Wyeth which have any outstanding securities in the hands of the public:

1. Wyeth

2. Nutrition 21 Inc.

---

[1] On March 11, 2002, the name of American Home Products Corporation ("AHPC") changed to Wyeth. As a result, Wyeth will respond to allegations directed at AHPC.

3.  Wyeth Pakistan Limited (Pakistan)

4.  Wyeth Limited (India)

These representations are made in order that Judges of this Court may determine the need for recusal.

Dated: June 21, 2005

RESPECTFULLY SUBMITTED,

*Robyn Holtzman* (signature)

Fern P. O'Brian, D.C. Bar No. 387468
Robyn M. Holtzman, D.C. Bar No. 483317
ARNOLD & PORTER LLP
555 Twelfth Street, N.W.
Washington, D.C. 20004-1206
(202) 942-5000

**COUNSEL FOR DEFENDANT WYETH**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the above and foregoing **Certificate Required By LCvR 26.1 Of The Local Rules Of The United States District Court For The District Of Columbia** has been served upon all counsel of record by placing a copy of same in the United States mail, postage prepaid and properly addressed, this 21st day of June, 2005.

>Michael J. Miller, Esquire
>J. Christopher Ide, Esquire
>Miller & Associates
>105 North Alfred Street
>Alexandria, Virginia 22314
>
>**Counsel for Plaintiffs**

_____
Robyn M. Holtzman