IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SUSAN YOST, et al. ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 1:05-cv-01214-JR |
| ) | |
| WYETH, ) | |
| ) | |
| Defendant. ) | |

## JOINT MOTION TO STAY PROCEEDINGS TO PERMIT SETTLEMENT NEGOTIATIONS

Defendant Wyeth and the law firm of Miller & Associates, Plaintiffs' counsel, hereinafter "Movants," jointly move for an order staying any and all proceedings related to the plaintiffs in the above-captioned matter. The Movants request that this Stay be entered immediately and continue until such time as all claims are resolved and dismissed with prejudice or until either party provides notice to the Court, with copy to the opposing party, that the Proposed Settlement Process was unsuccessful and the Stay should be lifted. If such notice is provided by either party, then the Movants agree that all Stays incident to the Court's order shall be lifted and all stayed proceedings shall commence thirty (30) days from the date of said notice with appropriate adjustments to any scheduling order previously entered in the case.

In support of this Motion, the Movants aver as follows:

1.      Wyeth and counsel for certain Diet Drug Claimants have engaged in discussions that have resulted in a Proposed Settlement Process that could resolve thousands of lawsuits.

2.      Plaintiffs' counsel, the law firm of Miller & Associates, has agreed to enter into settlement discussions in accordance with the Proposed Settlement Process with respect to the plaintiffs in the above-captioned matter.

3.      The proposed stay will afford an opportunity for the Movants to negotiate the terms of a settlement, while avoiding the time and expense of ongoing litigation in this lawsuit.  Absent a Stay, many hours will be spent taking deposition testimony, responding to discovery requests, and filing, responding to, and arguing motions.  This risks causing both parties to spend time and money on discovery that the settlement would obviate.

4.      Granting this Stay will avoid the time and expense associated with ongoing litigation and, more importantly, it will permit the Movants to focus their efforts on negotiating and consummating a settlement.

WHEREFORE, the Movants respectfully request that this Court issue an Order staying this action until the earlier of such time as the claims are resolved or either Movant advises the Court that the claims will not be resolved.

Respectfully submitted,

| | |
|---|---|
| /s/ Robyn Holtzman | /s/ J Christopher Ide /RMH |
| Fern P. O'Brian, D.C. Bar No. 387468 | Michael J. Miller, Bar. No. 397689 |
| Robyn M. Holtzman, Bar No. 483317 | J. Christopher Ide, Bar No. 386093 |
| ARNOLD & PORTER LLP | MILLER & ASSOCIATES |
| 555 Twelfth Street, N.W. | 105 North Alfred Street |
| Washington, D.C. 20004 | Alexandria, VA 22314 |
| (202) 942-5000 | (703) 519-8080 |
| **COUNSEL FOR DEFENDANT WYETH** | **COUNSEL FOR PLAINTIFFS** |

Dated: June 27, 2005

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the above and foregoing **Joint Motion to Stay Proceedings to Permit Settlement Negotiations** has been served upon all counsel of record by placing a copy of same in the United States mail, postage prepaid and properly addressed, this 27th day of June, 2005.

>Michael J. Miller, Esquire
>J. Christopher Ide, Esquire
>Miller & Associates
>105 North Alfred Street
>Alexandria, Virginia 22314
>
>**Counsel for Plaintiffs**

_____
Robyn M. Holtzman