UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SUSAN YOST, *et al.*, | : |
| Plaintiffs, | : |
| v. | : Civil Action No. 05-1214 (JR) |
| WYETH, | : |
| Defendant. | : |

**ORDER**

The Court calls for a report from the parties on the status of their settlement negotiations within thirty days of the date of this order. It is **SO ORDERED.**

JAMES ROBERTSON
United States District Judge