## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| SUSAN YOST, et al. | : | |
| Plaintiffs, | : | |
| v. | : | Civil Action Number 05-1214-JR |
| WYETH, | : | |
| Defendant. | : | |

### REPORT OF PARTIES OF THE STATUS OF SETTLEMENT NEGOTIATIONS

Defendant Wyeth and Plaintiffs ("The Parties") jointly report the status of settlement negotiations. The Parties have entered an agreement in principle as to the amount of the settlement of all of Plaintiffs' Counsel's cases, including the *Yost* case. As a pre-condition, the settlement requires a number of steps to occur prior to the dismissal of this and the rest of Mr. Miller's cases. Once these steps have been completed, we anticipate that this case and all of his other cases will be dismissed.

Respectfully submitted,

Fern P. O'Brian, D.C. Bar No. 387468
Robyn M. Holtzman, D.C. Bar. No. 483317
R. Clifton Merrell, Bar No. 481704
ARNOLD & PORTER LLP
555 Twelfth Street, N.W.
Washington D.C. 2004
(202) 942-5000

Michael J. Miller, Bar No. 397689
J. Christopher Ide, Bar No. 386093
Miller & Associates
105 North Alfred Street
Alexandria, VA 22314
(703) 519-8080

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been served upon

all counsel of record by placing a copy of same in the United States mail, postage prepaid and

properly addressed, this 22nd day of December, 2005.

Michael J. Miller, Esquire
J. Christopher Ide, Esquire
Miller & Associates
105 North Alfred Street
Alexandria, Virginia 22314

**Counsel for Plaintiffs**

_____
Robyn M. Holtzman