**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

SUSAN YOST, *et al.*,              :
                                   :
    Plaintiffs,               :
                                   :
  v.                               : Civil Action No. 05-1214 (JR)
                                   :
WYETH,                             :
                                   :
    Defendant.                :

### ORDER

Having been advised on February 13, 2006 that the settlement process (first announced on December 22, 2005) is on track, it is **ORDERED** that this case is **dismissed without prejudice**.


                                                        JAMES ROBERTSON
                                        United States District Judge